# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Vectrus Systems Corporation | ) | ASBCA No. 60660 |
| | ) | |
| Under Contract No. FA5613-14-D-0008 | ) | |

APPEARANCES FOR THE APPELLANT:     Joseph G. Martinez, Esq.
                                                               Steven M. Masiello, Esq.
                                                                 Dentons US LLP
                                                                 Denver, CO

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                                                   Air Force Deputy Chief Trial Attorney
                                                                 Jason R. Smith, Esq.
                                                                 Colby L. Sullins, Esq.
                                                                   Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE SCOTT

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that this appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of €801,157. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 10 March 2016 until date of payment of the awarded amount.

Dated: 19 April 2018

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60660, Appeal of Vectrus Systems Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals